# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Watkins, William K. | U.S. District Court, M.D. AL | 11/04/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
1 Church Street, B300
Montgomery, AL 36104

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Manager/Sole Member | Rosewood Martin, LLC |
| 2.   Director, Shareholder, Officer | Powermaster, Inc. |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 11/04/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | W-2 wages |
| 2. | 2020 | 1099-MISC Non-employee income - Training fee |
| 3. | 2020 | 1099-MISC Non-employee income - Training fee |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 11/04/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Troy Bank & Trust Company | Turkey Mountain Real Estate Loan | K |
| 2. | Troy Bank & Trust Company | Line of Credit | L |
| 3. | Wells Fargo Bank | Line of Credit | J |
| 4. | Wells Fargo Bank Overdraft Protection | Line of Credit for overdraft protection on checking account at Wells Fargo Bank (Part VII, Line 17) | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Watkins, William K.** | 11/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pike Co. AL. Farm #1 | | None | O | W | | | | | |
| 2. Farm (1/4 interest), Coffee County, AL | | None | L | W | | | | | |
| 3. North Carolina, Jackson Co. Lot 1 (Appraisal 7/23/04) | | None | M | W | | | | | |
| 4. North Carolina, Jackson Co. Lot 2 | | None | K | W | | | | | |
| 5. North Carolina Land, Jackson Co. (Appraisal 8/8/02) | | None | N | W | | | | | |
| 6. Barn Property Troy, AL Pike County, AL | | None | K | W | | | | | |
| 7. Pike County. AL Farm #3 | | None | L | W | | | | | |
| 8. Pike County. AL Farm #4 - Mineral Rights | | None | J | W | | | | | |
| 9. Pike Coounty AL Farm #5 - Mineral Rights | | None | J | W | | | | | |
| 10. Pike County. AL Farm #6 (19% interest) (Known as Turkey Mountain LLC) | A | Distribution | K | W | | | | | |
| 11. Pike County AL Farm #6 (19% interest) Mineral Rights | | None | J | W | | | | | |
| 12. WE, LLC (50% interest) | | None | J | W | | | | | |
| 13. Powermaster, Inc. (1/3 interest) | | None | K | W | | | | | |
| 14. Wells Fargo Bank. | A | Interest | J | T | | | | | |
| 15. Principal Life Ins Co "Universal Life Protector" Universal Life Policy | A | Int./Div. | J | T | | | | | |
| 16. Northwestern Mutual TM 010 Extraordinary Life | | None | J | T | | | | | |
| 17. Ameriprise Financial Services, LLC Brokerage IRA #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 11/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Ameriprise Financial Services, LLC Brokerage IRA #2 Brokerage Cash | B | Int./Div. | J | T | | | | | |
| 19.  American Funds - Capital Income Builder Fund Class F CIBFX IRA #2 | D | Dividend | M | T | | | | | |
| 20.  American Funds INVESTMENT COMPANY OF AMERICA CL C AICFX - IRA #2 | A | Dividend | J | T | | | | | |
| 21.  Ameriprise Financial Services Active Portfolio Advisory IRA #1 (H) | | | | | Distributed (part) | 10/16/20 | L | | |
| 22.  AMERICAN CENTURY MID CAP VALUE INVESTOR CL IRA #1 | A | Dividend | J | T | Sold (part) | 05/19/20 | J | A | |
| 23.  AMERICAN CENTURY MID CAP VALUE INVESTOR CL IRA #1 | A | Dividend | J | T | Buy (add'l) | 03/25/20 | J | | |
| 24.  AMERICAN CENTURY MID CAP VALUE INVESTOR CL IRA #1 | A | Dividend | J | T | Buy (add'l) | 03/07/20 | J | | |
| 25.  BLACKROCK HIGH YIELD BOND INS CL BHYIX IRA #1 | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 26.  BLACKROCK STRATEGIC INCOME OPPTYS INSTL CL BSIIX IRA #1 | A | Dividend | J | T | Buy (add'l) | 05/15/20 | J | | |
| 27.  BLACKROCK STRATEGIC INCOME OPPTYS INSTL CL BSIIX IRA #1 | A | Dividend | J | T | Buy (add'l) | 08/14/20 | J | | |
| 28.  BLACKROCK STRATEGIC INCOME OPPTYS INSTL CL BSIIX IRA #1 | A | Dividend | J | T | Sold (part) | 10/14/20 | J | A | |
| 29.  BLACKROCK STRATEGIC INCOME OPPTYS INSTL CL BSIIX IRA #1 | A | Dividend | J | T | Buy (add'l) | 11/12/20 | J | | |
| 30.  MULTI MANAGER VALUE STRATEGIES CL Z CZMCX IRA #1 | A | Dividend | J | T | Sold (part) | 02/14/20 | J | A | |
| 31.  MULTI MANAGER VALUE STRATEGIES CL Z CZMCX IRA #1 | A | Dividend | J | T | Buy (add'l) | 03/06/20 | J | | |
| 32.  MULTI MANAGER VALUE STRATEGIES CL Z CZMCX IRA #1 | A | Dividend | J | T | Buy (add'l) | 03/25/20 | J | | |
| 33.  MULTI MANAGER VALUE STRATEGIES CL Z CZMCX IRA #1 | A | Dividend | J | T | Buy (add'l) | 05/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Watkins, William K.** | 11/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. | MULTI MANAGER VALUE STRATEGIES CL Z CZMCX IRA #1 | A | Dividend | J | T | Sold (part) | 08/14/20 | J | A | |
| 35. | MULTI MANAGER VALUE STRATEGIES CL Z CZMCX IRA #1 | A | Dividend | J | T | Sold (part) | 10/14/20 | J | A | |
| 36. | MULTI MANAGER VALUE STRATEGIES CL Z CZMCX IRA #1 | A | Dividend | J | T | Sold (part) | 11/12/20 | J | A | |
| 37. | MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z CTRZX IRA #1 | C | Dividend | J | T | Buy (add'l) | 02/14/20 | J | | |
| 38. | MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z CTRZX IRA #1 | C | Dividend | J | T | Sold (part) | 03/06/20 | J | A | |
| 39. | MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z CTRZX IRA #1 | C | Dividend | M | T | Sold (part) | 03/25/20 | J | A | |
| 40. | MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z CTRZX IRA #1 | C | Dividend | M | T | Sold (part) | 05/15/20 | J | A | |
| 41. | MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z CTRZX IRA #1 | C | Dividend | M | T | Buy (add'l) | 08/18/20 | J | | |
| 42. | MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z CTRZX IRA #1 | C | Dividend | M | T | Sold (part) | 10/14/20 | L | A | |
| 43. | MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z CTRZX IRA #1 | C | Dividend | M | T | Sold (part) | 11/12/20 | J | A | |
| 44. | MULTI MANAGER GROWTH STRATEGIES CL Z CZMGX IRA #1 | A | Dividend | J | T | Sold (part) | 02/14/20 | J | A | |
| 45. | MULTI MANAGER GROWTH STRATEGIES CL Z CZMGX IRA #1 | A | Dividend | J | T | Buy (add'l) | 03/06/20 | J | | |
| 46. | MULTI MANAGER GROWTH STRATEGIES CL Z CZMGX IRA #1 | A | Dividend | J | T | Buy (add'l) | 03/25/20 | J | | |
| 47. | MULTI MANAGER GROWTH STRATEGIES CL Z CZMGX IRA #1 | A | Dividend | J | T | Sold (part) | 05/15/20 | J | A | |
| 48. | MULTI MANAGER GROWTH STRATEGIES CL Z CZMGX IRA #1 | A | Dividend | J | T | Sold (part) | 08/14/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 49. MULTI MANAGER GROWTH STRATEGIES CL Z CZMGX IRA #1 | A | Dividend | J | T | Sold (part) | 10/14/20 | J | A | |
| 50. MULTI MANAGER GROWTH STRATEGIES CL Z CZMGX IRA #1 | A | Dividend | J | T | Sold (part) | 11/12/20 | J | A | |
| 51. MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL CMIEX IRA #1 | A | Dividend | J | T | Buy (add'l) | 03/06/20 | J | | |
| 52. MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL CMIEX IRA #1 | A | Dividend | J | T | Buy (add'l) | 03/25/20 | J | | |
| 53. MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL CMIEX IRA #1 | A | Dividend | J | T | Sold (part) | 05/15/20 | J | A | |
| 54. MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL CMIEX IRA #1 | A | Dividend | J | T | Sold (part) | 08/14/20 | J | A | |
| 55. MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL CMIEX IRA #1 | A | Dividend | J | T | Sold (part) | 10/14/20 | J | A | |
| 56. MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL CMIEX IRA #1 | A | Dividend | J | T | Sold (part) | 11/12/20 | J | A | |
| 57. ISHARES CORE S&P SMALL CAP ETF IJR IRA #1 | A | Dividend | | | Buy (add'l) | 03/06/20 | J | | |
| 58. ISHARES CORE S&P SMALL CAP ETF IJR IRA #1 | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 59. ISHARES CORE MSCI EMERGING MARKETS ETF IRA #1 | A | Dividend | J | T | Buy (add'l) | 03/25/20 | J | | |
| 60. ISHARES CORE MSCI EMERGING MARKETS ETF IRA #1 | A | Dividend | J | T | Buy (add'l) | 03/25/20 | J | | |
| 61. COLUMBIA INCOME OPPTY INSTL CL CIOZX IRA #1 | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 62. COLUMBIA INCOME OPPTY INSTL CL CIOZX IRA #1 | A | Dividend | | | Sold (part) | 03/25/20 | J | A | |
| 63. COLUMBIA INCOME OPPTY INSTL CL CIOZX IRA #1 | A | Dividend | | | Sold (part) | 08/14/20 | J | A | |
| 64. COLUMBIA INCOME OPPTY INSTL CL CIOZX IRA #1 | A | Dividend | | | Sold | 10/14/20 | J | A | |
| 65. VANGUARD EXTENDED MKT ETF VXF IRA #1 | A | Dividend | J | T | Buy | 05/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 11/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 66. VANGUARD EXTENDED MKT ETF VXF IRA #1 | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 67. VANGUARD EXTENDED MKT ETF VXF IRA #1 | A | Dividend | J | T | Sold (part) | 08/14/20 | J | A | |
| 68. Ameriprise Bank FSB Money Market Fund IRA #1 | A | Int./Div. | J | T | | | | | |
| 69. AMERIPRISE FINANCIAL IRA #3 (H) | F | Distribution | J | T | | | | | |
| 70. AMERIPRISE FINANCIAL IRA #3 BROKERAGE CASH | A | Interest | J | T | Open | 10/16/20 | L | | |
| 71. Troy Bank & Trust Company | A | Interest | J | T | | | | | |
| 72. Real Property Parcel #A, Pike Road AL Assessed Value $34,800 | | None | K | S | | | | | |
| 73. Real Property Parcel # B, Pike Road AL Assessed Value $25,700 | | None | K | S | | | | | |
| 74. CollegeCounts Alabama 529 Account Plan 1 | A | Dividend | J | T | | | | | |
| 75. CollegeCounts Alabama 529 Account Plan 2 | A | Dividend | J | T | | | | | |
| 76. | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line 18 is the Header line and indicates the total value of all positions in IRA # 2 held at Ameriprise Financial Services, Inc. There were no distributions from the account during the year.

Line 21 is the Header account for the securities transactions shown on Lines 22 - 68. IRA #1 is a fee-based advisory account managed by Wilshire Associates on the Ameriprise Financial platform and the owner of the account is Judge Watkins. This account does not allow the beneficial owner to make any investment selections or trades as it is managed by Wilshire Associates according to the owner's stated suitability profile and investment objectives. The owner may only add cash to the account or request a cash withdrawal; trades and securities are determined by the account manager, Wilshire Associates. Therre were no individual stocks held in the account at any point during the year.

Line 70 is the Header for Ameriprise Financial Services IRA #3. The account was funded with a partial transfer from IRA#1. A normal distribution was then made from this account but was rolled back in within 60 days (rollover occurred in 2021).

Line 72, use of value method code "S" (assessment) in Column C(2) requires inclusion of the assessed value (not a value code) in Column A or in Part VIII.

Line 73 is 529 Plan College Savings account and is not self-directed. The owner may only may only choose risk level of Low, Moderate, or High. On December 31, 2020, this account was invested in the Moderate Age-Based 06-08 - A fund

Line 74 is 529 Plan College Savings account and is not self-directed. The owner may only may only choose risk level of Low, Moderate, or High. On December 31, 2020, this account was invested in the Moderate Age-Based 10-11 - A fund

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William K. Watkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544